IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AARON YANCEY BOWDEN, #228481, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08-CV-964-WKW |
| | ) | (WO) |
| KATHY HOLT, | ) | |
| | ) | |
| Defendant. | ) | |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions and orders of the court, it is the

ORDER, JUDGMENT and DECREE of the court that this action is DISMISSED with

prejudice prior to service of process in accordance with the provisions of 28 U.S.C.

§ 1915(e)(2)(B)(i).

The Clerk of the Court is DIRECTED to enter this document on the civil docket as

a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 29th day of December, 2008.

/s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE